CAROLINE A. HOAGLAND, Respondent, *v.* GEORGE LEASK et al., as Trustees, under the Will of HUDSON HOAGLAND, Deceased, et al., Respondents, and EDMUND BATCHIS, Appellant.

*Hoagland* v. *Leask*, 154 App. Div. 101, affirmed.
(Submitted February 5, 1915; decided February 25, 1915.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department,

entered February 4, 1913, reversing a judgment in favor of defendants entered upon a dismissal of the complaint by the court at Special Term and directing judgment in favor of plaintiff in an action by a divorced wife to compel trustees to pay to her part of certain income payable under the terms of the trust to her former husband.

*Henry W. Baird* for appellant.

*Joseph W. Middlebrook* for plaintiff, respondent.

*J. Hampden Dougderty* for defendants, respondents.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, CUDDEBACK, HOGAN, MILLER and SEABURY, JJ.